AUSA Stephanie Smith-Burris

AO 91 (Rev. 11/11)   Criminal Complaint

## UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  **W26-55M** |
| | ) | |
| | ) | |
| JULIE JUAREZ | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

March 12, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **MC** _____

DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 12, 2026_____ in the county of _____Hill_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii) | unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

KODY GAYLE, SA-Texas Dept of Public Safety
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/12/2026_____

_____
*Judge's signature*

City and state: _____Waco, Texas_____

DEREK T. GILLILAND, US Magistrate Judge
*Printed name and title*

**W26-55M**

# A F F I D A V I T

BEING FIRST DULY SWORN, Affiant, Kody Gayle, deposes and states the following:

I, Kody Gayle, am a Special Agent with the Texas Department of Public Safety Criminal Investigations Division in Waco, McLennan County Texas.

## AFFIANT'S BACKGROUND

Your Affiant is Special Agent Kody Gayle, a sworn Police Officer licensed by the State of Texas as a peace officer and employed by the Texas Department of Public Safety (DPS) Criminal Investigations Division (CID) in Waco, McLennan County, Texas. Your Affiant has been a Peace Officer for the past eight years with DPS and has been assigned to the Criminal Investigations Division since September 2025. Prior to his current assignment, your affiant was a Texas Highway Patrol Trooper since June of 2018.

During this time period, your affiant has been involved in investigations of individuals and organizations that have been involved in the illegal manufacture, distribution and selling of fentanyl, cocaine, methamphetamine, marijuana, and other controlled substances. Your affiant has had experience in investigating these individuals and organizations that derive income from their trafficking activities. Your affiant also has experience in the preparation and execution of search warrants, debriefing of informants and witnesses, and investigating financial crimes committed by drug traffickers, including money laundering. Your affiant has been involved in many investigations over his career which have resulted in the seizure of fentanyl, cocaine, methamphetamine, heroin, marijuana and other controlled substances, seizures of assets and the proceeds of drug crimes, seizure of weapons related to drug crimes and the ultimate prosecution of individuals and organizations.

## AFFIANT'S KNOWLEDGE

The information in this affidavit is derived from physical evidence, discussions with officers from the Texas Department of Public Safety, and from conversations with persons further identified below who have personal knowledge of the events described herein. Based on Affiant's investigation, **JULIE JUAREZ** possessed with intent to distribute at least 500 grams of methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. 841, in Hill County, Texas.

On 3-12-2026, your affiant was contacted by DPS Texas Highway Patrol Trooper Joshua Perkins that he conducted a traffic stop upon a silver Dodge Town & County on Interstate 35 (IH 35) near mile post 362, in Hill County, Texas. Trooper Perkins stopped the vehicle for Speeding over the posted 75 MPH speed limit Texas Transportation Code (TRC) 545.352, Drive in Left Lane when not Passing or Where Prohibited (TRC 544.011; 544.004), Driving While License Invalid (TRC 521.457), and Fail to Maintain Financial Responsibility (TRC 601.191).

While taking enforcement action, Trooper Perkins observed numerous indicators of deception as well as inconsistent travel itinerary pertaining to the driver's trip to Dallas, Texas, which led him to believe that the driver was involved in criminal activity. Trooper Perkins deployed his Canine to conduct a free air sniff around the vehicle. Trooper Perkins canine alerted to the odor of narcotics. Trooper Perkins conducted a probable cause search of the vehicle, which resulted in the discovery of approximately 480 LBS of suspected Methamphetamine and approximately 40 LBS of suspected Heroin located in an aftermarket compartment.

The Methamphetamine was confirmed as Methamphetamine by means of a field narcotics test. The Heroin was confirmed as Heroin by means of a field narcotics test.

Affiant read the Miranda Warnings to **JUAREZ** who agreed to continue to speak to Special Agents. Your affiant interviewed **JUAREZ.**

During the interview, **JUAREZ** stated she picked up the narcotics in Mexico, crossed into Texas via the Roma Point of Entry and was headed to Dallas, Texas, where she would drop off the narcotics at an unknown address.

Based on the evidence from this traffic stop and the statements from **JUAREZ**, your affiant recognizes that **JUAREZ** possessed at least 500 grams of Methamphetamine, a Schedule II Controlled Substance, with the intent to deliver same. Your affiant knows that **JUAREZ** was traveling to the Dallas metroplex through Hill County.  This occurred within the Waco Division of the Western District of Texas.

Based on the above information, Affiant believes probable cause exists for issuance of a complaint for **JULIE JUAREZ**.

KODY GAYLE, Special Agent
Texas Department of Public Safety

SWORN TO AND SUBSCRIBED BEFORE ME on this the __12th__ day of March, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE