# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA      §
                                      §

vs.                                       §     NO:   WA:26-M -00055(1)
                                        §

(1) JULIE JUAREZ            §

PROCEEDINGS: DETENTION HEARING

## **WITNESSES SWORN**

| Government(s) | | Defendant(s) | |
|---|---|---|---|
| 1. | Mark Garrett | 1. | Julia Hernandez |
| 2. | | 2. | Jaime Reyna Hernandez |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |